**FILED**

APR - 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR-10-00075-JW (HRL) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] **ORDER TO RETURN GREEN CARD** |
| v. | ) |
| NHO NGUYEN, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that the Clerk of the United States District Court for the Northern District of California shall forthwith return the Green Card (#A076-760-708) of Defendant Nho Nguyen, to a representative of the Federal Public Defender's office.

Dated: 4/2/10

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Return Green Card; [Proposed] Order
No. CR-10-00075-JW (HRL)                           2