BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NGUYEN

**FILED**

SEP 27 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>NHO THI NGUYEN,<br><br>            Defendant. | No. CR-10-00075 JW (HRL)<br><br>EX PARTE APPLICATION AND [PROPOSED] ORDER DIRECTING CLERK'S OFFICE TO RELEASE PASSPORT; DECLARATION IN SUPPORT THEREOF |

## APPLICATION

I, Manuel U. Araujo, hereby declare as follows:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. My office has been appointed to represent defendant Nho Thi Nguyen in the above-captioned case.

2. Ms. Nguyen surrendered her passport at the beginning of this case and it is being held by the Clerk's Office.

3. Ms. Nguyen was convicted and sentenced to probation. I am informed and believe that she has now successfully completed her term of probation.

1      4.   Ms. Nguyen is in the process of applying for United States citizenship. As part of
2  this process, she needs to submit her passport.
3      5.   For the reasons set forth above, it is respectfully requested that the Clerk's Office be
4  directed to release Ms. Nguyen's passport to a representative of the Office of the Federal Public
5  Defender, to be returned to Ms. Nguyen.
6      I declare under penalty of perjury that the foregoing is true and correct, except for those
7  matters stated on information and belief, and as to those matters, I am informed and believe them
8  to be true.
9      Executed this 27th day of September, 2011, at San Jose, California.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

_____/s/_____
MANUEL U. ARAUJO
Assistant Federal Public Defender

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon application of defendant Nho Thi Nguyen, by and through counsel, IT IS HEREBY ORDERED that the Clerk's Office shall release Ms. Nguyen's passport to a representative of the Office of the Federal Public Defender.

IT IS SO ORDERED.

Dated: 9/27/2011

The Honorable Howard R. Lloyd
United States Magistrate Judge

Ex Parte Application for Release of Passport;
[Proposed] Order
No. CR 10-00075 JW (HRL)                2